PER CURIAM.
Affirmed. See Nelson v. State, 202 So. 3d 419 (Fla. 2d DCA 2016) (table decision); Nelson v. State, 189 So. 3d 771 (Fla. 2d DCA 2016) (table decision); Nelson v. State, 156 So. 3d 1093 (Fla. 2d DCA 2014) (table decision); Nelson v. State, 50 So. 3d 608 (Fla. 2d DCA 2010) (table decision); Nelson v. State, 17 So. 3d 296 (Fla. 2d DCA 2009) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).
KHOUZAM, MORRIS, and LUCAS, JJ., Concur.